

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00241-CV

SAIPTER CORPORATION                                                   APPELLANT

V.

CHARLES WAYNE DALTON                                                  APPELLEE
(CHUCK DALTON PLUMBING AND
CONSTRUCTION)

----------

FROM THE 78TH DISTRICT COURT OF WICHITA COUNTY
TRIAL COURT NO. 187,373-B

----------

## MEMORANDUM OPINION[1]

----------

After considering appellant Saipter Corporation's petition for permissive appeal, filed August 1, 2018, we deny the petition. *See* Tex. Civ. Prac. & Rem. Code Ann. art. 51.014(d) (West Supp. 2017); Tex. R. Civ. P. 168 & cmt.; Tex. R. App. P. 28.3(e) & cmt.

---

[1]*See* Tex. R. App. P. 47.4.

/s/ Lee Gabriel

LEE GABRIEL
JUSTICE

PANEL:  WALKER, GABRIEL, and PITTMAN, JJ.

DELIVERED:  August 15, 2018